JS - 6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN, AUSA
   Chief, Civil Division
3  GARY PLESSMAN, AUSA
   Chief, Civil Fraud Section
4  ABRAHAM MELTZER
   Assistant United States Attorney
5  California State Bar No. 162659
        Room 7516, Federal Building
6       300 North Los Angeles Street
        Los Angeles, California  90012
7       Telephone: (213) 894-7155
        Facsimile: (213) 894-2380
8       E-mail: abraham.meltzer@usdoj.gov

9  Attorneys for the
   United States of America
10

11                 UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13                       WESTERN DIVISION

14

15 UNITED STATES OF AMERICA *ex rel.*) NO. CV 08-03718 GAF (PJWx)
   JASON STEWART,                    )
16                                   ) CONSENT JUDGMENT
          Plaintiff,                 )
17                                   )
          v.                         )
18                                   )
   JWK INTERNATIONAL CORPORATION;    )
19 ALEJANDRO RIVERA; MARIO           )
   MANGALINDAN; BEST HOME FLOORING,  )
20 INC., A/K/A BEST HOME CARPET;     )
   and DOES 1 through 50,            )
21                                   )
          Defendants.                )
22                                   )
                                     )
23                                   )
                                     )
24 _____ )

25 //

26 //

27 //

28 //

*Qui tam* plaintiff Jason Stewart ("Relator"), real party in interest the United States of America ("United States"), and defendant JWK International Corporation ("JWK"), through their respective counsel, have submitted a Stipulation for Entry of Consent Judgment Against Defendant JWK International Corporation (the "Stipulation").

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pursuant to the Stipulation and Fed.R.Civ.P. Rule 58(a), and good cause appearing:

1. JWK shall pay to the United States a settlement amount (the "Settlement Amount") totaling $70,900, to be made in five separate payments as detailed in paragraph 3 below. JWK shall make the payments by electronic funds transfer pursuant to instructions from the U.S. Attorney's Office for the Central District of California.

2. JWK shall pay to Relator's counsel attorneys' fees, expenses, and costs totaling $40,514.80 (the "Relator's Attorneys' Fees Amount"), to be made in five separate payments as detailed in paragraph 3 below. The payments shall be made pursuant to instructions from Hirst Law Group, P.C., and shall be made to Hirst Law Group, P.C.

3. JWK shall pay the Settlement Amount and the Relator's Attorneys' Fees Amount as follows:

    a. On or before January 15, 2011: JWK shall pay $25,000 to the United States and $14,280 to Hirst Law Group, P.C.

    b. On or before June 15, 2012: JWK shall pay an additional $15,000 to the United States and $8,560 to Hirst Law Group, P.C.

1         c.   On or before December 15, 2013: JWK shall pay an additional $10,000 to the United States and $5,720 to Hirst Law Group, P.C.

        d.   On or before December 15, 2014: JWK shall pay an additional $10,600 to the United States and $6,063.20 to Hirst Law Group, P.C.

        e.   On or before December 15, 2015: JWK shall pay an additional $10,300 to the United States and $5,891.60 to Hirst Law Group, P.C.

4.   So long as JWK makes the payments ordered in paragraph 3, neither the United States nor Relator shall execute on the Consent Judgment. But if JWK fails to make any payment then the full amount set forth in paragraphs 1 and 2 above ($70,900 to the United States and $40,514.80 to Relator's counsel) shall be immediately due and payable and the United States and Relator each shall have the right to immediately execute on the Consent Judgment on the full remaining unpaid balance of the Settlement Amount and Relator's Attorneys' Fees Amount, respectively.

SO ORDERED this 10TH day of December, 2010.

                                                              /s/ Gary Feess
                                                  UNITED STATES DISTRICT JUDGE